**FILED**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

JAN 1 5 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

United States of America

v.                                                    Case Number:  AU:19-CR-00305(1)-LY

(1) David Randle Jakobeit
   *Defendant*

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

        I, (1) David Randle Jakobeit, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 15th day of January, 2020.

_____
(1) David Randle Jakobeit
*Defendant*

_____
Daniel W. Betts
*Attorney for Defendant*

_____
Mark H. Marshall
*Assistant U.S. Attorney*