FILED

'AN 1 5 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>David Randall JAKOBEIT,<br>Defendant. | ) CRIMINAL NO. 1:19-cr-305 LY<br>)<br>)<br>) **SUPERSEDING**<br>) **INFORMATION**<br>)<br>) USAO # 2019R22125 |

THE UNITED STATES ATTORNEY CHARGES:

<u>Count One</u>
[21 U.S.C. § 841]

Beginning in or about May 2019 and continuing on or about November 5, 2019, at Austin, Texas in the Western District of Texas and elsewhere, the Defendant,

David Randall JAKOBEIT,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed with others known and unknown, to distribute a controlled substance, which offense a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

John F. Bash
United States Attorney

_/s/ Mark Marshall_
MARK H. MARSHALL
Assistant U. S. Attorney

11