IN THE UNITED STATES DISTRICT COURT
FIR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | NO. 1:19-cr-00305-LY-1 |
| DAVID RANDLE JAKOBEIT | ) | |

## **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING SETTING**

**TO THE HONERABLE JUDGE YEAKEL:**

COMES NOW Defendant, David Jakobeit ("Mr. Jakobeit") by and through undersigned counsel and hereby files this Defendant's Unopposed Motion to Continue Sentencing Setting in the above-styled and numbered cause, and in support thereof would show the following:

**I.**

This cause is currently set for:

Sentencing:            June 12, 2020

**II.**

Undersigned counsel requests that the above date be continued by at least sixty (60) days because of the COVID-19 pandemic.

**III.**

Undersigned counsel requests that the Court extend the sentencing setting by at least sixty (60) days.

1

**IV.**

The Assistant United States Attorney Mark Marshall was contacted about this Motion and he is **unopposed.**

**V.**

This Motion is made not for the purpose of delay only, but so that justice may be done.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays for the Court to continue the sentencing setting by at least sixty (60) days.

*Respectfully submitted,*

*/s/ Daniel Betts*
*Daniel Betts*

*Attorney for Defendant*
*1106 San Antonio St.*
*Austin, Texas 78701*
*admin@blackburnbetts.com*
*(512) 478.9898 (office)*
*(512) 478-1114 (facsimile)*
*State Bar No. 24073132*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion was forwarded to the opposing counsel in accordance with the TEXAS RULES OF CRIMINAL PROCEDURE on this 15th day of May 2020.

Respectfully submitted,

_____

*Daniel Betts*

IN THE UNITED STATES DISTRICT COURT
FIR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| V. | ) | **NO. 1:19-cr-00305-LY-1** |
| DAVID RANDLE JAKOBEIT | ) | |

# ORDER

ON THIS DATE came on to be considered Defendant's Unopposed Motion to Continue Sentencing Setting, and the requested relief is hereby:

(GRANTED)       (DENIED)

SIGNED THIS \_\_\_\_\_ DAY OF _____, 20 \_\_\_\_.

_____
UNITED STATES DISTRICT JUDGE