IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO: 1:19-CR-305-LY |
| | § | |
| (1) DAVID RANDLE JAKOBEIT | § | |

COURT'S ADVISORY ORDER

THIS CASE is set for sentencing August 14, 2020, at 9:00 AM in Courtroom 7, Seventh Floor, United States Courthouse, 501 West 5th Street, Austin, Texas. Due to the COVID-19 pandemic, access to the courthouse is limited throughout the month of August. *See* Supplemental Order Regarding Court Operations Under the Exigent Circumstances Created by the COVID-19 Pandemic; Fifth Order Extending Order Relating to the Entry into the United States Courthouse Austin, Texas [https://www.txwd.uscourts.gov/coronavirus-covid-19-guidance]. The sentencing hearing will therefore be conducted by video. Defense Counsel should at once contact the Defendant and obtain a signed Waiver of Rights and Consent to Sentencing by Video Conference, attached to this advisory, and file the waiver with the clerk of this court well in advance of the sentencing hearing. Defense counsel may contact Deputy District Clerk Samantha Oakes at Samantha_Oakes@txwd.uscourts.gov or at 512-391-8702 with questions or to obtain further information about this procedure.

**IT IS ORDERED** that the case is set for docket call by telephone on **Friday, August 7, 2020, at 2:00 PM**. Only Defendant's attorney need appear by telephone. The Court waives appearance by Defendant. Counsel are to call the court's telephone conference line at **(877) 873-8017; Access Code: 7996289**.

SIGNED this 23rd day of July, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO: 1:19-CR-305-LY |
| | § | |
| (1) DAVID RANDLE JAKOBEIT | § | |

## WAIVER OF RIGHTS AND CONSENT TO SENTENCING
## BY VIDEO CONFERENCE

I acknowledge that I have a right to appear before United States District Judge Lee Yeakel in person when pleading guilty or being sentenced. *See United States v. Navarro*, 169 F.3d 228, 239 (5th Cir. 1999) (holding that a court may not sentence a defendant by video conference unless the defendant consents). I further acknowledge that I may waive the right to plead guilty or be sentenced, in person before Judge Yeakel, under Federal Rule of Criminal Procedure 43(c).

I have discussed the implications of waiving these rights with my attorney, and I understand the consequences of such a waiver. I am choosing to knowingly, intelligently, and voluntarily waive my rights to be sentenced in person. I consent to Judge Yeakel accepting my guilty plea and sentencing me via video conference.

I am waiving my rights and consenting of my own free will and volition. Nobody, including my attorney, has coerced or improperly influenced me in my decision to waive my rights and consent to a guilty plea and sentencing via video conference.

Signed this _____ day of _____, 2020.

_____
Defendant's Signature

_____
Defense Counsel's Signature

2